

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:        Kimberly Hranicky  **V.**  The State of Texas

Appellate case number:    01-11-00557-CR

Trial court case number:  1671636

Trial court:                      Co Crim Ct at Law No 2 of Harris County

Date motion filed:            May 13, 2013

Party filing motion:          Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Jim Sharp, Jr.
                              ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Jennings, Higley, and Sharp.


Date:  May 23, 2013